**STATE of Missouri, Respondent,**

v.

**Steven HAYWOOD, Appellant.**

**No. ED 100257**

Missouri Court of Appeals
Eastern District
DIVISION THREE

Filed: November 12, 2014

Motion for Rehearing and/or Transfer to Supreme Court Denied December 30, 2014

Application for Transfer Denied March 31, 2015

Srikant Chigurupati, 1010 Market Street, Suite 1100, St. Louis, MO 63101, Attorney for Appellant.

Chris A. Koster, Attorney General, Dora A. Fichter, Asst. Attorney General, P.O. Box 899, Jefferson City, MO 65102–0899, Attorneys for Respondent.

Before Kurt S. Odenwald, P.J. and Robert G. Dowd, Jr. and Gary M. Gaertner, Jr., JJ.

### ORDER

PER CURIAM.

Steven Haywood appeals from the judgment entered on his convictions after a

jury trial for three counts of first degree assault on a law enforcement officer, three counts of armed criminal action, one count of sale of a controlled substance, one count of receiving stolen property, one count of resisting arrest and one count of unlawful possession of drug paraphernalia. There was sufficient evidence that Haywood knew or was aware he was shooting at law enforcement officers, sufficient evidence that he sold more than five grams of marijuana and no plain error in the submission of verdict forms referencing incorrect instruction numbers. We affirm.

An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).